# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

Michael J. Ehrhardt, Thomas J. Potter, Nicholas R. Tuberville, Eric O. Loyd, Kathryn A. Skinner, Ryan B. White, David H. Sink, JDR Transportation, Inc. and S & J of North Florida, Inc., individually and on behalf of all similarly situated persons and entities,
Plaintiff,
v.
Champion Laboratories, Inc., United Components, Inc., Purolator Filters N.A., LLC, Bosch U.S.A., Mann+Hummell U.S.A., ArvinMeritor, Inc., Honeywell International, Wix Filtration Corp., LLC, Cummins Filtration, Inc., The Donaldson Company and Baldwin Filters, Inc.,
Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>John R. Wylie | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John R. Wylie | |
| FIRM<br>Futterman Howard Watkins Wylie & Ashley, Chtd. | FILED: JULY 28, 2008<br>08CV4267 |
| STREET ADDRESS<br>122 S. Michigan Ave., Suite 1850 | JUDGE SHADUR<br>MAGISTRATE JUDGE VALDEZ |
| CITY/STATE/ZIP<br>Chicago, IL  60603 | YM |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6189251 | TELEPHONE NUMBER<br>312-427-3600 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ]  NO [x] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ]